UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ISRAEL FROST,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Phencyclidine); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Phencyclidine Within |
| | : | 1000 Feet of a School) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about April 18, 2007, within the District of Columbia, **ISRAEL FROST,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

### COUNT TWO

On or about April 26, 2007, within the District of Columbia, **ISRAEL FROST,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about April 26, 2007, within the District of Columbia, **ISRAEL FROST**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Taft Junior High School, a public Junior High school in the District of Columbia.

   (**Unlawful Distribution of Phencyclidine Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

## COUNT FOUR

On or about May 9, 2007, within the District of Columbia, **ISRAEL FROST,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

   (**Unlawful Distribution of Phencyclidine**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.