# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: |
|---|---|---|
| | CR 07-249-HHK | |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| ISRAEL FROST | Israel Frost | **FILED** |
| | | OCT - 2 2007 |
| DOB:        PDID:    3?  .53 | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF:  **INDICTMENT** | DISTRICT OF ARREST |
|---|---|
| TO:        ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF PHENCYCLIDINE;

UNLAWFUL DISTRIBUTION OF PHENCYCLIDINE WITHIN 1000 FEET OF A SCHOOL

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); and 21:860(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JUDGE FACCIOLA | 9/25/07 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | Melinda L. Pugh | 9/25/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  10/2/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | Anthony Santro |
| HIDTA CASE:    Yes      No    X | ANTHONY SANTRO  AUSM | OCDETF CASE:       Yes      No    X |

1389032