UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

     v.                               :        07-CR-249 (HHK)

ISRAEL FROST                     :

MOTION TO CONTINUE SENTENCING HEARING

     Mr. Israel Frost, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for January 25, 2008. Because undersigned counsel was in trial from January 14th through January 23rd, counsel was unable to timely file a sentencing memorandum in this matter and unable to adequately prepare for a sentencing hearing on January 25th. Counsel has not yet reached Assistant United States Attorney Jocelyn S. Ballantine to obtain the government's position on this motion.

     WHEREFORE, for the foregoing reasons, undersigned counsel respectfully moves this Honorable Court to continue the sentencing hearing scheduled for January 25, 2008.

Respectfully submitted,

"/s/"
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 07-CR-249 |
| ISRAEL FROST | : | |

## ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this __ day of January, 2008, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Henry H. Kennedy
United States District Judge