HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-249-01</u> |
| --- | --- | --- |
| | : | |
| vs. | : | SSN: |
| | : | |
| **FROST, Israel** | : | Disclosure Date: <u>December 26, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                _____
Prosecuting Attorney                                                                           Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Israel C. Frost*                                                                  *[signature]  1/3/03*
Defendant          Date                                            Defense Counsel       Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 9, 2008</u>, to U.S. Probation Officer <u>Crystal S. Lustig</u>, telephone number <u>(202) 565-1425</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
         United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

January 8, 2008

Crystal S. Lustig
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

BY FAX

Re:   United States v. Israel Frost
      07-CR-249

Dear Ms. Lustig:

I write to submit the following corrections to the Presentence Investigation Report prepared in the above referenced case.

1. In paragraph 16, on page 5, the offense level is listed incorrectly as level 25. Section 2D1.2(a)(2) does not apply. As Note 1, to that section states, it "applies only in a case in which the defendant is convicted of a statutory violation for drug trafficking in a protected location or involving an underage or pregnant individual (including an attempt or conspiracy to commit such a violation) or in a case in which the defendant stipulated to such a statutory violation." Mr. Frost was not convicted of such an offense and did not stipulated to conducting such an offense. For this reason, the Guideline range in paragraph 56 also is incorrect.

2. In paragraph 27, on page 7, the report summarizes an arrest report for the listed offense. Please note that Mr. Frost does not agree that that report accurately summarizes the facts that led to that conviction.

3. In paragraph 28, on page 7, please note that while his arrest in this case occurred after he was placed on supervision in that case, the offense in this case occurred before he was placed on supervision.

      4. In paragraph 36, on page 8, please note that Mr. Frost's stepbrother, Howard Whaley is deceased.

      5. In paragraph 48, please note that he began work for the Department of Public Works on September 27, 1987.

      6. In paragraph 51, the report lists child support arrearage in the amount of $2,927. Mr. Frost is unclear on how that amount was calculated because his child support obligations were deducted directly from his paycheck. Since he was working up until the time of his arrested on October 2, 2007, this amount should be substantially less.

      Thank you for taking the time to review these corrections.

                                     Sincerely,

                                     Mary Manning Petras

cc: AUSA Jocelyn S. Ballantine